25060. DAVIS v. THE STATE.

MacINTYRE, J. 1. The defendant excepted to the overruling of his motion for a new trial. There was no demurrer to the indictment; hence the sufficiency of the indictment is not properly before the court for consideration. The court charged to the jury the part of Code (1933), § 68-304, which was applicable to the pleadings and evidence in this case.
2. The evidence authorized the verdict.

Judgment affirmed. Broyles, C. J., and Guerry, J., concur. .

DECIDED DECEMBER 6, 1935.

J. Paxson Amis, for plaintiff in error.
C. S. Baldwin Jr., solicitor-general, contra.